IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD HYLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PREMIERE CREDIT OF | ) |
| NORTH AMERICA, LLC, | ) 1:09-cv-0445 RLY-TAB |
| | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, RICHARD HYLAN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for his complaint against the Defendant, PREMIERE CREDIT OF NORTH AMERICA, LLC, Plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. RICHARD HYLAN, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the State of North Carolina.

1

5. PREMIERE CREDIT OF NORTH AMERICA, LLC, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of North Carolina. Defendant is a Limited Liability Company registered in the State of Indiana.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

### IV. ALLEGATIONS

9. In December 2008, Plaintiff received a telephone call from Defendant in an attempt to collect a debt allegedly owed by Plaintiff.

10. The alleged debt of Plaintiff was incurred for personal, family, or household services.

11. Since December 2008, Defendant has contacted Plaintiff by telephone multiple times prior to 8:00 a.m. and multiple times subsequent to 9:00 p.m.

12. Since the aforesaid date, Defendant has contacted Plaintiff by telephone in excess of five (5) times in a single day and in excess of ten (10) times in a single week.

13. On or about February 24, 2009, a female duly authorized representative of Defendant spoke with Plaintiff's wife in an attempt to collect the debt allegedly owed by Plaintiff. During the course of the conversation, Defendant stated to Plaintiff's wife that the debt was also her responsibility and that Defendant would garnish her wages if the debt was not paid.

14.     The debt on which Defendant has been attempting to collect is a student loan of Plaintiff dating back more than twenty (20) years and long before Plaintiff married his wife.

15.     In its attempts to collect the debt allegedly owed by Plaintiff, Defendant violated the FDCPA, 15 U.S.C. §1692 in one or more of the following ways:

   a. Communicated with the consumer at an unusual time and place or at a time or place which should be known to be inconvenient to the consumer in violation of 15 U.S.C. § 1692c(a)(1);

   b. Caused a telephone to ring or engaged any person in telephone conversation repeatedly or continuously with the intent to annoy, abuse or harass any person at the called number in violation of 15 U.S.C. §1692d(5);

   c. Represented or implied that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action in violation of 15 U.S.C. §1692e(4);

   d. Threatened to take action that cannot legally or is not intended to be taken in violation of 15 U.S.C. §1692e(5);

   e. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

16.     As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

## V.     JURY DEMAND

17.     Plaintiff hereby demands a trial by jury on all issues so triable.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, RICHARD HYLAN, by and through his attorneys, respectfully prays for judgment as follows:

   a.     All actual compensatory damages suffered;

3

  b.  Statutory damages of $1,000.00;

  c.  Plaintiff's attorneys' fees and costs;

  d.  Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,<br>
**RICHARD HYLAN**<br>
<br>
By: _/s/_____<br>
Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us